UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TOD BEARDSLEY, aka @TODB on TWITTER,<br>*Plaintiff*<br><br>v.<br><br>SENATOR JOHN CORNYN, aka @JohnCornyn on TWITTER<br>*Defendant* | §<br>§<br>§<br>§<br>§  CASE NO.: 1:20-cv-456<br>§<br>§<br>§<br>§<br>§ |

## JOINT MOTION TO DISMISS WITH PREJUDICE

In accordance with Federal Rule of Civil Prodecure 41, Plaintiff Tod Beardsley and Defendant Senator John Cornyn file this Joint Motion to Dismiss with Prejudice, and request the the Court dismiss all of Plaintiff's claims against Defendant John Cornyn with prejudice.

Respectfully submitted,

GEORGE C. LOBB
1108 Lavaca Street #110242
AUSTIN, TX 78701
Tel: 512-215-6011
Fax: 512-425-0877

By:_____
George C. Lobb, Esq.
State Bar No. 24042928
admin@lobblaw.com
Attorney for Plaintiff

David M. Prichard
Prichard Young, LLP
10101 Reunion Place, Suite 600
San Antonio, Texas  78216
Tel: 210-477-7401
Fax: 210-477-7451

By: /s/ David M. Prichard
David M. Prichard
State Bar No.
dprichard@prichardyoungllp.com
Attorney for Defendant